ARMED SERVICES BOARD OF CONTRACT APPEALS

| | | |
|---|---|---|
| Appeals of - | ) | |
| | ) | |
| Pensacola Bay Support Services, LLC | ) | ASBCA Nos. 62813-ADR, 63067-ADR |
| | ) | 63068-ADR, 63118-ADR |
| | ) | 63119-ADR, 63120-ADR |
| | ) | 63121-ADR, 63122-ADR |
| | ) | 63123-ADR, 63124-ADR |
| | ) | 63125-ADR, 63126-ADR |
| | ) | 63127-ADR, 63128-ADR |
| | ) | 63129-ADR, 63130-ADR |
| | ) | 63131-ADR, 63132-ADR |
| | ) | 63133-ADR, 63134-ADR |
| | ) | 63135-ADR, 63136-ADR |
| | ) | 63137-ADR, 63138-ADR |
| | ) | 63139-ADR, 63140-ADR |
| | ) | |
| Under Contract No. N69450-18-D-2013 | ) | |

APPEARANCES FOR THE APPELLANT: J. Alex Ward, Esq.
R. Locke Bell, Esq.
Lyle F. Hedgecock, Esq.
Roke Iko, Esq.
  Morrison & Foerster LLP
  Washington, DC

Michael A. Richard, Esq.
  IAP Worldwide Services, Inc.
  Cape Canaveral, FL

APPEARANCES FOR THE GOVERNMENT: Craig D. Jensen, Esq.
  Navy Chief Trial Attorney
Patricia W. Walter, Esq.
Jerry Kim, Esq.
Russell A. Shultis, Esq.
  Trial Attorneys

OPINION BY ADMINISTRATIVE JUDGE PAGE

    As the result of a successful Board-facilitated mediation conducted July 24-28, 2023, the parties have resolved their dispute. By motion dated August 8, 2023, they request that the Board enter judgment in favor of appellant in the captioned appeals.

It is the Board's decision, pursuant to 41 U.S.C. §§ 7105(e), 7108(b), and the parties' stipulation and agreement, that the appeal is sustained. In the nature of a consent judgment, the Board makes a monetary award to appellant in the amount of $5,000,000. Interest shall be paid on this amount pursuant to 41 U.S.C. § 7109 beginning 121 days after the date of this judgment until the date of payment.

Dated: August 10, 2023

REBA PAGE
Administrative Judge
Armed Services Board
of Contract Appeals

I concur

RICHARD SHACKLEFORD
Administrative Judge
Acting Chairman
Armed Services Board
of Contract Appeals

I concur

OWEN C. WILSON
Administrative Judge
Vice Chairman
Armed Services Board
of Contract Appeals

I certify that the foregoing is a true copy of the Opinion and Decision of the Armed Services Board of Contract Appeals in ASBCA Nos. 62813-ADR, 63067-ADR, 63068-ADR, 63118-ADR, 63119-ADR, 63120-ADR, 63121-ADR, 63122-ADR, 63123-ADR, 63124-ADR, 63125-ADR, 63126-ADR, 63127-ADR, 63128-ADR, 63129-ADR, 63130-ADR, 63131-ADR, 63132-ADR, 63133-ADR, 63134-ADR, 63135-ADR, 63136-ADR, 63137-ADR, 63138-ADR, 63139-ADR, 63140-ADR, Appeal of Pensacola Bay Support Services, LLC, rendered in conformance with the Board's Charter.

Dated: August 10, 2023

PAULLA K. GATES-LEWIS
Recorder, Armed Services
Board of Contract Appeals

2